BERTHA EPSTEIN, Respondent, v. JOHN MULLINS & SONS, INC., Appellant. JOHN MULLINS & SONS, INC., Plaintiff, v. BERTHA EPSTEIN et al., Defendants.—

Close, P. J., Carswell, Johnston, Taylor and Lewis, JJ., concur.